E-filing

1  LATHAM & WATKINS LLP
     John D. Minton (Bar No. 223823)
2  140 Scott Drive
   Menlo Park, CA 94025
3  Telephone: (650) 328-4600
   Facsimile: (650) 463-2600
4  Email: john.minton@lw.com

5  Attorneys for Defendant
   MICHAEL ZACCARO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PHARMACEUTICAL INVENTORIES, INC. d/b/a PHARMACEUTICAL RETURNS SERVICE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ZACCARO and RETURNS R US INC. d/b/a PHARMA LOGISTICS, LTD.,<br><br>Defendants. | CASE NO. C07-05063 PVT<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date:      n/a<br>Time:      n/a<br>Courtroom: 3, 3rd Floor<br>Judge:     Hon. Saundra Brown Armstrong |

1       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 named parties, there is no such interest to report.

4 Dated: October 1, 2007                Respectfully submitted,

5                                       LATHAM & WATKINS LLP

7                                       By: _____
                                                  John D. Minton

                                      Attorneys for Defendant MICHAEL ZACCARO