COPY    E-filing

1  LATHAM & WATKINS LLP
    John D. Minton (Bar No. 223823)
2  140 Scott Drive
   Menlo Park, CA 94025
3  Telephone: (650) 328-4600
   Facsimile: (650) 463-2600
4  Email: john.minton@lw.com

5  Attorneys for Defendant
   MICHAEL ZACCARO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHARMACEUTICAL INVENTORIES, INC. d/b/a PHARMACEUTICAL RETURNS SERVICE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ZACCARO and RETURNS R US INC. d/b/a PHARMA LOGISTICS, LTD.,<br><br>Defendants. | CASE NO. C07-05063<br><br>**PROOF OF SERVICE OF DEFENDANT MICHAEL ZACCARO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY EXP PHARMACEUTICAL SERVICES, CORP. AND ACCOMPANYING DOCUMENTS**<br><br>Date:      November 6, 2007<br>Time:      1:00 p.m.<br>Courtroom: 3, 3rd Floor<br>Judge:     Hon. Saundra Brown Armstrong |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

PROOF OF SERVICE OF DEFENDANT MICHAEL ZACCARO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY EXP PHARMACEUTICAL SERVICES, CORP. AND ACCOMPANYING DOCUMENTS

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 140 Scott Drive, Menlo Park, CA 94025.

On **October 1, 2007**, I served the following document described as:

1. **DEFENDANT MICHAEL ZACCARO'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY EXP PHARMACEUTICAL SERVICES, CORP.; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

2. **DECLARATION OF JOHN D. MINTON IN SUPPORT OF DEFENDANT MICHAEL ZACCARO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY EXP PHARMACEUTICAL SERVICES, CORP.;**

3. **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;**

4. **[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL ZACCARO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY EXP PHARMACEUTICAL SERVICES, CORP.;**

5. **CIVIL COVER SHEET; and**

6. **PROOF OF SERVICE OF DEFENDANT MICHAEL ZACCARO'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY EXP PHARMACEUTICAL SERVICES, CORP.; MEMORANDUM OF POINTS AND ACCOMPANYING DOCUMENTS**

by serving a true copy of the above-described document in the following manner:

## BY HAND DELIVERY

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server. Under that practice, documents are deposited to the Latham & Watkins LLP personnel responsible for dispatching a messenger courier service or registered process server for the delivery of documents by hand in accordance with the instructions provided to the messenger courier service or registered process server; such documents are delivered to a messenger courier service or registered process server on that same day in the ordinary course of business. I caused a package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server.

Chico Myers
MYERS, HAWLEY, MORLEY, MYERS & MCDONNELL
166 Main Street
Los Altos, CA 94022
Tel.: (650) 948-1600
Fax: (650) 949-3581

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

PROOF OF SERVICE OF DEFENDANT MICHAEL ZACCARO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY EXP PHARMACEUTICAL SERVICES, CORP. AND ACCOMPANYING DOCUMENTS

1       I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3       Executed on **October 1, 2007**, at Menlo Park, California.

*/s/ Zoila Aurora*
Zoila Aurora

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

PROOF OF SERVICE OF DEFENDANT MICHAEL ZACCARO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY EXP PHARMACEUTICAL SERVICES, CORP. AND ACCOMPANYING DOCUMENTS