1  LATHAM & WATKINS LLP
   John D. Minton (Bar No. 223823)
2  140 Scott Drive
   Menlo Park, CA 94025
3  Telephone: (650) 328-4600
   Facsimile: (650) 463-2600
4  Email: john.minton@lw.com

5  Attorneys for Defendant
   MICHAEL ZACCARO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHARMACEUTICAL INVENTORIES, INC. d/b/a PHARMACEUTICAL RETURNS SERVICE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ZACCARO and RETURNS R US INC. d/b/a PHARMA LOGISTICS, LTD.,<br><br>Defendants. | CASE NO. C07-05063<br><br>[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL ZACCARO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY EXP PHARMACEUTICAL SERVICES CORP.<br><br>Date:      November 6, 2007<br>Time:      1:00 p.m.<br>Courtroom: 3, 3rd Floor<br>Judge:     Hon. Saundra Brown Armstrong |

*RECEIVED OCT - 1 2007*

COPY

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL ZACCARO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY EXP PHARMACEUTICAL SERVICES CORP.

1  The Court, having considered defendant Michael Zaccaro's motion to compel production
2  of documents, and good cause appearing, hereby GRANTS the motion. EXP Pharmaceutical
3  Services Corp. ("EXP") is hereby ordered to produce: (1) representative screen prints showing
4  its pharmaceutical returns processing software in operation; and (2) a witness for deposition to
5  testify regarding the genuine business record nature of all of the documents produced by EXP.

7  **IT IS SO ORDERED.**

9  DATED: _____

12  _____
    UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL ZACCARO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY EXP PHARMACEUTICAL SERVICES CORP.