United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMACEUTICAL INVENTORIES, INC., | No. C 07-05063 PVT |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| MICHAEL ZACCARO, et al. | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that this action has been reassigned a civil miscellaneous case number which is **CV07-80231 MISC-SBA**. Please use this number for any future filings and communications with the court on this matter. All current filings have been placed under the new number. The Order Setting Initial Case Management Conference and ADR Deadlines is vacated.

Dated: October 4, 2007

Richard W. Wieking, Clerk

by: _____
Snooki Puli
Deputy Clerk