NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

JOHN D. MINTON, ESQ.
LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA 94025
Telephone: (650) 328-4600

Attorney for: Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| PHARMACEUTICAL INVENTORIES, INC. D/B/A PHARMACEUTICAL RETURNS SERVICE<br>Plaintiff, | CASE NUMBER<br>C 07-05063 PVT |
| MICHAEL ZACCARO, ET AL.<br>Defendant. | **DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

DEFENDANT MICHAEL ZACCARO'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY EXP PHARMACEUTICAL SERVICES CORP.; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF JOHN D. MINTON IN SUPPORT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; PUBLIC NOTICE; DISTRICT COURT GUIDELINES; [PROPOSED] ORDER; PROOF OF SERVICE

in the within action by personally delivering true copies thereof to the person served as follows:

    Served            : CHICO MYERS, ESQ.

    By Serving        : Sarah Barcus, Office Manager / Authorized To Accept
                        Service Of Process
    Address           : ( Business ) MYERS, HAWLEY, MORLEY, MYERS & MCDONNELL

                        166 Main Street
                        Los Altos, Ca 94022
    Date of Service   : October 2, 2007

    Time of Service   : 9:15AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: October 2, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1028

Signature: _____
              DAVID NORIEGA