PAUL I. MYERS III, Bar No. 72067
ALEXANDER P. MYERS, Bar No. 136370
MYERS, HAWLEY, MORLEY, MYERS & McDONNELL
166 Main Street
Los Altos, California 94022-2905
Telephone: (650) 948-1600
Fax: (650) 949-3581
e-mail: chicolaw@att.net

Attorney for Third Party Respondent
EXP PHARMACEUTICAL SERVICES CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PHARMACEUTICAL INVENTORIES, INC. d/b/a PHARMACEUTICAL RETURNS SERVICE,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ZACCARO and RETURNS R. US, INC. d/b/a/ PHARMA LOGISTICS, LTD.,<br><br>Defendants. | Case No. CV-07-80231-MSC SBA<br><br>**CERTIFICATION OF INTERESTED PERSONS OR ENTITES**<br>(LR 3-16)<br><br>Date:    November 6, 2007<br>Time:    1:00 p.m.<br>Courtroom: 3, 3rd Floor<br>Judge:    Hon. Saundra Brown Armstrong |

This Certification is submitted on behalf of EXP Pharmaceutical Services Corp. ("EXP") in support of its opposition to the Motion to Compel of Defendants Michael Zaccaro ("Zaccaro") and Returns R. US, Inc., d/b/a Pharma Logistics ("Pharma Logistics") and collectively referred to as "Defendants."

Local Rule 3-16, Federal Rules – Northern District provides:

CERTIFICATION OF INTERESTED PERSONS OR ENTITIES : Page 1

"(b) Certification. Upon making a first appearance in any proceeding in this Court, a party must file with the Clerk a "Certification of Interested Entities or Persons."

(1) The Certification must disclose any persons, association of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party to have either : (i) a financial interest (of any kind) in the subject matter of the controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding." (Local Rule 2-16 (b)(1)).

EXP is informed and believes that, at the time Defendants issued their subpoena to EXP, they also served a similar subpoena on nine other companies or persons working in the pharmaceutical return distribution industry. It is respectfully submitted that these entities and persons have an interest, financial and otherwise, in the outcome of this matter. EXP is informed and believes that the following persons and/or entities have an interest in the outcome of this matter:

1. Guaranteed Returns, 100 Colin Drive, Holbrook, New York, 11741. Please note that this firm, represented by Certilman Balin Adler & Hyman, 90 Merrick Avenue, East Meadow, New York 11554 (516) 296-7000, has filed suit, in the United States District Court (E.D.N.Y, Long Island Office, Case Number Misc. 07 0337) to quash the subpoena issued by Defendants. The outcome of this action is not known to EXP.

2. Capital Returns, N21 W23350 Ridgeview Parkway, Waukesha, WI 53188. EXP is informed and believes that this firm has received a Supoena similar to that received by EXP, and has filed a Motion to Quash in the United States District Court (Middle District of North Carolina, Greensboro Division, Case Number 05 C 6483). The outcome of this action is not known to EXP.

3.  Universal Dynamic Returns Corporation, 4280 Piedmont Parkway, Suite 101, Greensboro, NC 27410.

4.  Pharmalink, Inc., 12345 Starkey Road, Suite L, Largo, FL 33773.

5.  Returns Solutions, Inc., 10635 Dutchtown Road, Knoxville, TN 37932.

6.  Mike Samojla, 439 South Home, Itasca, NY 60143.

7.  Doug Spratt, 837 N. Lombard Street, Elmhurst, IL 60143.

8.  National Pharmaceutical Returns, 4164 NW Urbandale Drive, Urbandale, IA 50322.

9.  CLS/Med-Turn Healthcare Services, 2601 Pilgrim Court, Winston-Salem, NC 27106.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 12, 2007, at Los Altos, California.

_____
Paul I. Myers III
Attorney for
EXP Pharmaceutical Services Corp.

CERTIFICATION OF INTERESTED PERSONS OR ENTITIES : Page 3