1  PAUL I. MYERS III, Bar No. 72067
   ALEXANDER P. MYERS, Bar No. 136370
2  MYERS, HAWLEY, MORLEY, MYERS & McDONNELL
   166 Main Street
3  Los Altos, California 94022-2905
   Telephone: (650) 948-1600
4  Fax: (650) 949-3581
5  e-mail: chicolaw@att.net

6  Attorney for Third Party Respondent
7  EXP PHARMACEUTICAL SERVICES CORP.

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                 OAKLAND DIVISION

11

12 PHARMACEUTICAL INVENTORIES,        )   Case No. CV-07-80231-MSC SBA
   INC. d/b/a PHARMACEUTICAL          )
13 RETURNS SERVICE,                   )
                                      )   **PROOF OF SERVICE OF**
14                                    )   **OPPOSITION OF THIRD PARTY EXP**
              Plaintiff,              )   **PHARMACEUTICAL SERVICES**
15                                    )   **CORP. TO DEFENDANT MICHAEL**
   vs.                                )   **ZACCARO'S MOTION TO COMPEL**
16                                    )   **PRODUCTION OF DOCUMENTS**
                                      )   **AND MEMORANDUM OF POINTS,**
17 MICHAEL ZACCARO and RETURNS R.     )   **AND ACCOMPANYING**
   US, INC. d/b/a/ PHARMA LOGISTICS,  )   **DOCUMENTS**
18 LTD.,                              )   (LR 3-16)
              Defendants.             )
19                                    )
                                      )
20                                    )
                                      )
21                                    )   Date:      November 6, 2007
                                      )   Time:      1:00 p.m.
22                                    )   Courtroom: 3, 3rd Floor
                                      )   Judge:     Hon. Saundra Brown Armstrong
23                                    )
                                      )
24 _____

25

26

27

28

1

2

## PROOF OF SERVICE

3

    I am employed in the County of Santa Clara, State of California. I am over the age of 18

4

years and am not a party to this action. My business address is 166 Main Street, Los Altos,

5

California, 94022-2905.

6

7

    On October 12, 2007, I served the following documents, described as:

8

    1.     **OPPOSITION OF THIRD PARTY EXP PHARMACEUTICAL SERVICES CORP. TO DEFENDANT MICHAEL ZACCARO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE OPPOSITION**

9

10

11

12

    2.     **DECLARATION OF GUS CHANGARIS IN SUPPORT OF OPPOSITION OF EXP PHARMACEUTICAL SERVICES CORP. TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

13

14

    3.     **DECLARATION OF PAUL I. MYERS III IN SUPPORT OF OPPOSITION OF EXP PHARMACEUTICAL SERVICES CORP. TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS.**

15

16

    4.     **CERTIFICATION OF INTERESTED PERSONS OR ENTITES.**

17

18

    5.     **(PROPOSED) ORDER DENYING DEFENDANT MICHAEL ZACCARO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY EXP PHARMACEUTICAL SERVICES CORP.**

19

20

    6.     **PROOF OF SERVICE.**

21

22

by serving a true copy of the above-described documents in the following manner:

23

24

_x_    **BY MAIL:** I am readily familiar with my employer's normal business practice of

25

collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same day in a sealed envelope(s) with postage

26

thereon fully prepaid at Los Altos, California in the ordinary course of business.

27

28

PROOF OF SERVICE OF OPPOSITION OF THIRD PARTY EXP PHARMACEUTICAL SERVICE CORP. TO DEFENDANT MICHAEL ZACCARO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND MEMORANDUM OF POINTS AND AUTHORITIES AND ACCOMPANYING DOCUMENTS: Page 2

On the Defendants in this proceeding, as follows:

LATHAM & WATKINS
John D. Minton, Esq.
140 Scott Drive
Menlo Park, CA 94025

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct and that this declaration was executed on October 16, 2007, at Los

Altos, California.

PAUL I. MYERS III

PROOF OF SERVICE OF OPPOSITION OF THIRD PARTY EXP PHARMACEUTICAL SERVICE CORP. TO
DEFENDANT MICHAEL ZACCARO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND
MEMORANDUM OF POINTS AND AUTHORITIES AND ACCOMPANYING DOCUMENTS: Page 3